```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

ASAF BEN OZ AND DIRECT DIAMOND
NETWORK, INC.,                                      21-cv-291 (JGK)

        Plaintiffs,                       ORDER

   - against -

RICHARD RUTTA, JESSE RUTTA, AND DGA
VAULT CORP.,

        Defendants.

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    As discussed during the teleconference held on March 30, 2021, the plaintiffs should advise the Court by letter by April 13, 2021, how they intend to proceed with the eighth cause of action against DGA Vault Corp.

**SO ORDERED.**

Dated:    New York, New York
           March 30, 2020

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                             United States District Judge