UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

ASAF BEN OZ AND DIRECT DIAMOND
NETWORK, INC.,

                    Plaintiffs,

- against -

RICHARD RUTTA AND JESSE RUTTA,

                    Defendants.
---

21-cv-291 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    A conference is scheduled for June 10, 2021 at 4:30 pm.

SO ORDERED.

Dated:    New York, New York
           April 20, 2021

                                      John G. Koeltl
                              United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-20-21