

## PETERSON | ZAMAT LLC
ATTORNEYS & COUNSELORS AT LAW

From the Desk of:  
**Michael A. Zamat, Esq.**  
Gregory S. Peterson, Esq.

1275 Post Rd., Suite 200-D  
Fairfield, CT 06824  
P: 203.292.9798  
michael@petersonzamat.com

June 7, 2021

*Via ECF*  
Hon. John G. Koeltl  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007-1312

      Re:    *Asaf Ben Oz, et al. v. Richard Rutta, et al.; 1:21-cv-00291-JGK*

Dear Judge Koeltl:

    Pursuant to Rule I.E. of your Individual Practices, the plaintiffs, Asaf Ben Oz and Direct Diamond Network, Inc., hereby seek an adjournment of the status conference that is currently scheduled for June 10, 2021 at 4:30 p.m. The parties are attempting to work out a resolution of this matter and this time is needed in an attempt to do so. All of the remaining defendants consent to this extension. There have been no previous requests for an adjournment of this conference. If granted, the plaintiffs request that the next status conference be scheduled in 60 days.

    We appreciate your attention to this matter.

Sincerely yours,

*Michael Zamat*

Michael A. Zamat

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-7-2021
```

Conference adjourned to 7/30/21 at 2:30 P.M.

So ordered.

6/7/21  /s/ JGKoeltl  
U.S.D.J.