UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

ASAF BEN OZ and DIRECT DIAMOND
NETWORK, INC.,

                Plaintiffs,        21-cv-291 (JGK)

     - against -               ORDER

RICHARD RUTTA and JESSE RUTTA,

                Defendants.
───────────────────────────────────────

JOHN G. KOELTL, District Judge:

The docket reflects that the summons and complaint were served on March 31, 2021 as to Jesse Rutta and on April 21, 2021 as to Richard Rutta but no responsive pleading has been filed by either defendant. The plaintiff should submit an Order to Show Cause for a Default Judgment supported by a properly executed Certificate of Default by August 13, 2021 or the case may be dismissed for failure to prosecute.

    SO ORDERED.

Dated:   New York, New York
          July 30, 2021

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                   United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2021