UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────

ASAF BEN OZ ET AL.,

            Plaintiffs,

   - against -

RICHARD RUTTA ET AL.,

            Defendants.
───────────────────────────────────

21-cv-291 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    At the conference held today, the defendants agreed to accept service of process without waiving any other defenses.

    As stated at the conference, the Court sets the following schedule. The defendants must file any motion to dismiss by **September 10, 2021**. The plaintiffs' response shall be filed by **October 1, 2021**. The defendants' reply shall be filed by **October 13, 2021**.

    SO ORDERED.

Dated:    New York, New York
            August 12, 2021

                                          John G. Koeltl
                               United States District Judge